Certificate Number: 20476-NJ-DE-040322650

Bankruptcy Case Number: 25-21642



20476-NJ-DE-040322650

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 17, 2025</u>, at <u>12:52</u> o'clock <u>PM EST</u>, <u>Jeffrey Brian Scott Jr</u> completed a course on personal financial management given <u>by internet</u> by <u>Marie-Ann Greenberg, Chapter 13 Standing Trustee</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:  <u>November 17, 2025</u>      By:    <u>/s/Scott E Kehiaian</u>

Name:  <u>Scott E Kehiaian</u>

Title:  <u>TEN Representative</u>