Mail body:

---

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(b)

Law Offices of Wenarsky and Goldstein, LLC
410 State Route 10 West
Suite 214
Ledgewood, NJ 07852
Tel: (973) 927-5100
Fax:(973) 927-5252
Scott@wg-attorneys.com

Scott J. Goldstein, Esq. (016472004)

In re:

    Jeffrey Brian Scott, Jr.,
                        Debtor

Case No. 25-21642

Chapter: 13

Judge: Vincent F. Papalia

Recommended Local Forms:    ☒ Followed    ☐ Modified

### PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. SECTION 1325(a)(8) AND (a)(9)

I, Jeffrey Brian Scott, Jr., upon my oath according to law, hereby certify as follows:

1. The below information is being supplied for compliance with the Confirmation Hearing date on January 15, 2026.

2. The above-named Debtor has paid all post-petition amounts that are required to be paid under any and all Domestic Support Obligations.

3. The above-named Debtor has filed all applicable Federal, State, and local tax returns, as required by 11 U.S.C. Section 1308.

4. If the Confirmation hearing date stated in Paragraph 1 is adjourned for any reason, an updated Certification will be filed with the Court prior to any subsequent Confirmation hearing date in the event any of the information contained in this Certification changes.

I certify under penalty of perjury that the foregoing is true and correct.

DATED: 11/10/2025

*/s/ Jeffrey B. Scott*
Jeffrey Brian Scott, Jr.

New 5/23/06.jml

1