| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Jenee K. Ciccarelli, Esq. (JC/0693)<br>Law Offices of Wenarsky & Goldstein, LLC<br>410 State Route 10 West, Suite 214<br>Ledgewood, NJ 07852<br>Tel: (973) 927-5100<br>Fax: (973) 927-5252<br>Email: jenee@wg-attorneys.com | |
| In Re:<br>Jeffrey Brian Scott, Jr. | Case No.: 25-21642<br>Chapter: 13<br>Adv. No.:<br>Hearing Date: 1/15/26<br>Judge: Vincent F. Papalia |

# CERTIFICATION OF SERVICE

1. I, Nyrva Redmond :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for Scott J. Goldstein, who represents Jeffrey Brian Scott, Jr. in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On 12/16/25, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Order Respecting Amendment to Schedule E/F
   Notice of Chapter 13 Bankruptcy Case Filing
   Notice of Hearing on Confirmation of Plan

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 12/16/25                           /s/ Nyrva Redmond
                                         Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Trustee<br>30 Two Bridges Rd., Ste. 330<br>Fairfield, NJ 07004 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Russo Petrullo Law Group<br>79 Main St.<br>Hackensack, NJ 07601 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| TMobile/TMobile USA Inc.<br>by AIS Infosource, LP as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |