UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scott J. Goldstein, Esq. (16472004)
Law Offices of Wenarsky & Goldstein, LLC
410 State Route 10 West, Ste 214
Ledgewood, NJ 07852
Tel: 973-927-5100
Fax: 973-927-5252
scott@wg-attorneys.com

In Re:
Jeffrey Brian Scott, Jr.

Case No.:  25-21642
Chapter:  13
Hearing Date:
Judge:  Vincent F. Papalia

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled    ☒ Withdrawn

Matter: Certificate of Serviced filed at Docket No. 24.

Date: 12/16/2025

/s/Scott J. Goldstein
Signature

*rev.8/1/15*