SCOTT J. GOLDSTEIN
LAW OFFICES OF WENARSKY AND
GOLDSTEIN, LLC
410 STATE ROUTE 10 WEST, SUITE 214
LEDGEWOOD, NJ  07852

Re:  JEFFREY BRIAN SCOTT, JR
     50 JEFFERSON TRAIL
     HOPATCONG,  NJ  07843

Atty:  SCOTT J. GOLDSTEIN
       LAW OFFICES OF WENARSKY AND
       GOLDSTEIN, LLC
       410 STATE ROUTE 10 WEST, SUITE 214
       LEDGEWOOD, NJ  07852

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2026**
Chapter 13 Case # 25-21642

### RECEIPTS AS OF 01/15/2026 (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 12/16/2025 | $500.00 | | 12/31/2025 | $1,050.00 | |

**Total Receipts: $1,550.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $1,550.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2026 (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 93.00 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ABOUND FEDERAL CREDIT UNION | VEHICLE SECURE | 41,699.23 | 100.00% | 0.00 | 0.00 |
| 0002 | AFFIRM INC | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0003 | AMERICAN HERITAGE FCU | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0004 | AVANT INC | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0006 | CITIZENS BANK | UNSECURED | 961.69 | 0.00% | 0.00 | 0.00 |
| 0007 | CREDIT CONTROL SERVICE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0009 | CURRENT | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0010 | CURRENT/CRB | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0011 | DISCOVER CARD | SECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0012 | DESTINY LAMPLEY | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0013 | EUNICE MIGUEL | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0014 | UNITED STATES TREASURY/IRS | SECURED | 37,544.98 | 100.00% | 0.00 | 0.00 |
| 0017 | ONEMAIN | UNSECURED | 6,891.68 | 0.00% | 0.00 | 0.00 |
| 0019 | PLANET HOME LENDING, LLC | (NEW) Prepetition A | 17,606.85 | 100.00% | 0.00 | 0.00 |
| 0020 | ROADRUNNER FINANCIAL LLC | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0021 | SYNCHRONY BANK | UNSECURED | 1,821.26 | 0.00% | 0.00 | 0.00 |
| 0022 | US DEPARTMENT OF HOUSING AND URB | (NEW) Prepetition A | 0.00 | 100.00% | 0.00 | 0.00 |

**Chapter 13 Case # 25-21642**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---:|
| 0024 | STATE OF NJ - DIVISION OF TAXATION | SECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0026 | UPROVA CREDIT, LLC | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0027 | WELLS FARGO CARD SER | SECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0028 | WANDA KOPIC | PRIORITY | 19,385.00 | 100.00% | 0.00 | 0.00 |
| 0031 | STATE OF NJ - DIVISION OF TAXATION | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0032 | ABOUND FEDERAL CREDIT UNION | UNSECURED | 8,312.07 | 0.00% | 0.00 | 0.00 |
| 0033 | AFFIRM INC | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0034 | AFFIRM INC | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0035 | AMERICAN HERITAGE FCU | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0036 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 848.18 | 0.00% | 0.00 | 0.00 |
| 0037 | WELLS FARGO BANK NA | UNSECURED | 2,204.03 | 0.00% | 0.00 | 0.00 |
| 0038 | OFFICE OF CHILD SUPPORT | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0039 | BANKRUPTCY REPORTING CONTACT | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0040 | T-MOBILE/T-MOBILE USA INC. | UNSECURED | 1,787.07 | 0.00% | 0.00 | 0.00 |
| 0041 | RESURGENT CAPITAL SERVICES | UNSECURED | 4,456.25 | 0.00% | 0.00 | 0.00 |
| 0042 | RUSSO PETRULLO LAW GROUP | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0043 | UNITED STATES TREASURY/IRS | PRIORITY | 31,010.08 | 0.00% | 0.00 | 0.00 |
| 0044 | UNITED STATES TREASURY/IRS | UNSECURED | 44,541.33 | 0.00% | 0.00 | 0.00 |
| 0045 | WELLS FARGO CARD SERVICES | UNSECURED | 6,134.56 | 0.00% | 0.00 | 0.00 |

**Total Paid:  $93.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 16, 2026.

Receipts: $1,550.00     -     Paid to Claims: $0.00     -     Admin Costs Paid: $93.00     =     Funds on Hand: $1,457.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.