UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

**WELTMAN, WEINBERG & REIS CO., LPA**
**By: Cameron Deane, Esq. (Atty.**
**I.D.# 36334-2021)**
**520 Walnut Street, Suite 1355**
**Philadelphia, PA 19106**
**267-940-1643**
**WWR# 042096436**
Attorneys for Movant: American Heritage Federal;
Credit Union

IN re:

Jeffrey Brian Scott, Jr.
            Debtor



**Order Filed on March 12, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

Case No.: 25-21642-VFP
Chapter: 13
Judge: Vincent F. Papalia

**ORDER VACATING STAY**

The relief set forth on the following pages, number two (2) through two (2) is

hereby **ORDERED**

**DATED: March 12, 2026**

_____

**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

**(Page 2)**
Debtor: Jeffrey Brian Scott, Jr.

Case No: 25-21642

Caption of Order: ORDER VACATING STAY

Upon the motion of **American Heritage Federal Credit Union**, or its successors or assignees, under Bankruptcy Code §362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to pursue the Movant's rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

☐　　Real property more fully described as:

☑　　Personal property more fully described as:

2021 Kawasaki Ninja ZX bearing VIN JKBZXVL1XMA001974

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this Order on the Debtor, any Trustee and any other party who entered an appearance on the Motion.