UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

**WELTMAN, WEINBERG & REIS CO., LPA**
**By: Cameron Deane, Esq. (Atty.**
**I.D.# 36334-2021)**
**520 Walnut Street, Suite 1355**
**Philadelphia, PA 19106**
**267-940-1643**
**WWR# 042096436**
Attorneys for Movant: American Heritage Federal;
Credit Union

Order Filed on March 12, 2026
by Clerk
**U.S. Bankruptcy Court**
**District of New Jersey**

IN re:

Jeffrey Brian Scott, Jr.
     Debtor

Case No.: 25-21642-VFP
Chapter: 13
Judge: Vincent F. Papalia

## ORDER VACATING STAY

The relief set forth on the following pages, number two (2) through two (2) is

hereby **ORDERED**

**DATED: March 12, 2026**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

**(Page 2)**

Debtor: Jeffrey Brian Scott, Jr.

Case No: 25-21642

Caption of Order: ORDER VACATING STAY

---

Upon the motion of **American Heritage Federal Credit Union**, or its successors or assignees, under Bankruptcy Code §362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to pursue the Movant's rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

☐    Real property more fully described as:

☑    Personal property more fully described as:

2021 Kawasaki Ninja ZX bearing VIN JKBZXVL1XMA001974

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this Order on the Debtor, any Trustee and any other party who entered an appearance on the Motion.

United States Bankruptcy Court

District of New Jersey

In re:                                                                              Case No. 25-21642-VFP

Jeffrey Brian Scott, Jr                                                             Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                          Page 1 of 1

Date Rcvd: Mar 13, 2026                       Form ID: pdf903                       Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2026:**

**Recip ID**       **Recipient Name and Address**
db           + Jeffrey Brian Scott, Jr, 50 Jefferson Trail, Hopatcong, NJ 07843-1281

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2026           Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Cameron Deane | on behalf of Creditor American Heritage Federal Credit Union cdeane@weltman.com |
| Denise E. Carlon | on behalf of Creditor PLANET HOME LENDING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Scott J. Goldstein | on behalf of Debtor Jeffrey Brian Scott  Jr scott@wg-attorneys.com, LawOfficesofScottJGoldsteinLLC@jubileebk.net;dontas@wg-attorneys.com;nyrva@wg-attorneys.com;services@infotrack.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5