

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**Marie-Ann Greenberg MAG-1284**<br>**Chapter 13 Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840** | **Order Filed on April 16, 2026**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| IN RE:<br><br>   JEFFREY BRIAN SCOTT, JR | **Case No.:  25-21642VFP**<br><br>**Hearing Date:  4/16/2026**<br><br>**Judge:  VINCENT F. PAPALIA** |

**INTERIM ORDER ON CONFIRMATION HEARING**

   The relief set forth on the following pages, numbered two (2)  is hereby ORDERED.

**DATED: April 16, 2026**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Case No.:  25-21642VFP

Caption of Order:    INTERIM ORDER ON CONFIRMATION HEARING

THIS MATTER having been scheduled before the Court on 04/16/2026 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that  Debtor must file an Amended Certificate of Service establishing service upon the US Attorney General, US Attorney in Newark & NJ Attorney General by 4/23/2026 or the case will be dismissed without further hearing or notice to debtor(s) and debtor's attorney; and it is further
- ORDERED, that if satisfied, the Confirmation Hearing will be adjourned to 5/21/2026 at 8:30 AM.