UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

| IN RE: | CASE NO: 25-21642 |
| Jeffrey Brian Scott, Jr. | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |

On 4/28/2026, I did cause a copy of the following documents, described below,

Notice pf Plan Transmittal, Filed Plan, Valuations

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/28/2026

/s/ Scott J. Goldstein
Scott J. Goldstein  016472004

Law Offices of Wenarsky & Goldstein, LLC
410 State Route 10 W, Ste 214
Ledgewood, NJ 07852
973-453-2838
scott@wg-attorneys.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

IN RE:

Jeffrey Brian Scott, Jr.

CASE NO: 25-21642

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 4/28/2026, a copy of the following documents, described below,

Notice pf Plan Transmittal, Filed Plan, Valuations

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/28/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Scott J. Goldstein
Law Offices of Wenarsky & Goldstein, LLC
410 State Route 10 W, Ste 214
Ledgewood, NJ  07852

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

UNITED STATES ATTORNEY GENERAL
ATTN: ATTORNEY GENERAL
US DEPT OF JUSTICE BEN FRANKLIN STATION
P.O. BOX 683
WASHINGTON, DC 20044

UNITED STATES ATTORNEY
PETER RODINO FEDERAL BUILDING
970 BROAD STREET, SUITE 700
NEWARK, NEW JERSEY 07102

NEW JERSEY ATTORNEY GENERAL OFFICE
DIVISION OF LAW
RICHARD J. HUGHES JUSTICE COMPLEX
25 MARKET STREET, P.O. BOX 112
TRENTON, NJ 08625-0112