UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Offices of Wenarsky and Goldstein, LLC
410 State Route 10 West
Suite 214
Ledgewood, NJ 07852
Tel: (973) 927-5100
Fax:(973) 927-5252
Scott@wg-attorneys.com

Scott J. Goldstein (016472004)

In re:

Jeffrey Brian Scott, Jr.,

                                        Debtor

Case No. _____25-21642_____
Adv. No: _____
Chapter: _____13_____
Hearing Date: _____
Judge: _Vincent F. Papalia_____

# CERTIFICATION OF SERVICE

1.  I,  **Marissa Dontas ,**_____

    ☐   represent the Debtor in this matter.

    ☒   am the secretary/paralegal for ___Scott J. Goldstein Esq.,___ who represents the Debtor
        in this matter.

    ☐   am the Debtor   in this case and am representing myself.

2.  On ___4/28/2026 ,___ I sent a copy of the following pleadings and/or documents to the
    parties listed in the chart below:

    Notice of Motion, 9013 Statement, Attorney Declaration, Proposed Order

3.  I certify under penalty of perjury that the above documents were sent using the mode of
    service indicated.

Date: _____4/28/2026_____   /s/ Marissa Dontas_____
                              Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg, Ch 13 Standing Trustee 30 Two Bridges Road Ste 330 Fairfield, NJ 07004 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  _Per waiver via CM/ECF_<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Office of the US Trustee 1085 Raymond Blvd. Ste 2100 Newark, NJ 07102 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  _Per waiver via CM/ECF_<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| All creditors per attached | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other  _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other  _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other  _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

| IN RE: | CASE NO: 25-21642 |
|---|---|
| Jeffrey Brian Scott, Jr. | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
|  | Chapter: 13 |
|  | ECF Docket Reference No. 42 |

On 4/28/2026, I did cause a copy of the following documents, described below,

Notice of Motion, 9013 Statement, Attorney Declaration, Proposed Order ECF Docket Reference No. 42

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/28/2026


/s/ Scott J. Goldstein
Scott J. Goldstein  016472004

Law Offices of Wenarsky & Goldstein, LLC
410 State Route 10 W, Ste 214
Ledgewood, NJ 07852
973-453-2838
scott@wg-attorneys.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

IN RE:

Jeffrey Brian Scott, Jr.

CASE NO: 25-21642

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13
ECF Docket Reference No. 42

On 4/28/2026, a copy of the following documents, described below,

Notice of Motion, 9013 Statement, Attorney Declaration, Proposed Order ECF Docket Reference No. 42

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/28/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Scott J. Goldstein
Law Offices of Wenarsky & Goldstein, LLC
410 State Route 10 W, Ste 214
Ledgewood, NJ  07852

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

WELLS FARGO BANK, N.A.
PO BOX 10438, MAC F8235-02F
DES MOINES, IA 50306-0438

ABOUND FEDERAL CREDIT
3939 S DIXIE BLVD
RADCLIFF, KY 40160-5113

AVANT INC
222 W MERCHANDISE MART P
CHICAGO, IL 60654-1105

BANKRUPTCY REPORTING CONTACT
NEW JERSEY DFD/OCSS
TRENTON, NJ 08625

CREDIT ONE BANK
ATTN: BANKRUPTCY
PO BOX 98872
LAS VEGAS, NV 89193-8872

CAPITAL ONE AUTO FINANCE, A DIVISION OF
AIS PORTFOLIO SERVICES, LLC
4515 N SANTA FE AVE. DEPT. APS
OKLAHOMA CITY, OK 73118-7901

DESTINY LAMPLEY
1296 TEANECK RD
TEANECK, NJ 07666-4925

U.S. DEPARTMENT OF HOUSING AND
URBAN DEVELOP
26 FEDERAL PLAZA, SUITE 3541
NEW YORK, NY 10278-0004

OFFICE OF CHILD SUPPORT
DEPARTMENT OF HUMAN SVCS
TRENTON, NJ 08625

PLANET HOME LENDING, LLC
321 RESEARCH PKRY #303
MERIDEN, CT 06450-8342

AIS PORTFOLIO SERVICES, LLC
ATTN: CAPITAL ONE AUTO FINANCE
4515 N SANTA FE AVE. DEPT. APS
OKLAHOMA CITY, OK 73118-7901

AFFIRM INC
650 CALIFORNIA ST FL 12
SAN FRANCISCO, CA 94108-2716

ABOUND FEDERAL CREDIT UNION
PO BOX 900
RADCLIFF, KY 40159-0900

SYNCHRONY BANK
BY AIS INFOSOURCE LP AS AGENT
4515 N SANTA FE AVE
OKLAHOMA CITY, OK 73118-7901

CURRENT
217 CENTRE ST
NEW YORK, NY 10013-3624

CITIZENS BANK NA
ATTN BANKRUPTCY TEAM
ONE CITIZENS BANK WAY
JCA115
JOHNSTON RI 02919-1922

EUNICE MIGUEL
1214 NORTH OLDEN AVE
TRENTON, NJ 08638

STATE OF NEW JERSEY DIVISION OF TAXATION
ATTN BANKRUPTCY UNIT
PO BOX 245
TRENTON NJ 08695-0245

ONEMAIN FINANCIAL GROUP, LLC
PO BOX 3251
EVANSVILLE, IN 47731-3251

PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

WANDA KOPIC
18 BAUER CT
WALLINGTON, NJ 07057-1741

AMERICAN HERITAGE FCU
2060 RED LION RD
PHILADELPHIA, PA 19115-1699

AFFIRM, INC.
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE, SC 29603-0587

CREDIT CONTROL SERVICE
725 CANTON ST
NORWOOD, MA 02062-2679

CURRENT/CRB
400 KELBY ST
FORT LEE, NJ 07024-2943

DISCOVER CARD
PO BOX 30939
SALT LAKE CITY, UT 84130-0939

IRS
ATTN: CENTRALIZED INSOLVENCY
PO BOX 7346
PHILADELPHIA, PA 19101-7346

| | | |
|---|---|---|
| ONEMAIN<br>PO BOX 1010<br>EVANSVILLE, IN 47706-1010 | SELIP AND STYLIANOU LLP<br>PO BOX 9004<br>WOODBURY NY 11797-9004 | ROADRUNNER ACCOUNT SER<br>PO BOX 167888<br>IRVING, TX 75016-7888 |
| ROADRUNNER FINANCIAL, INC.<br>P.O. BOX 6506<br>CAROL STREAM, IL 60197-6506 | SECRETARY OF HOUSING AND URBAN DEVELOPMENT<br>451 7TH STREET SW<br>WASHINGTON, DC 20410-0002 | T MOBILE/T-MOBILE USA INC<br>BY AIS INFOSOURCE, LP AS AGENT<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY, OK 73118-7901 |
| UPROVA CREDIT LLC<br>635 E. HIGHWAY 20, V<br>UPPER LAKE, CA 95485 | RUSSO PETRULLO LAW GROUP<br>79 MAIN STREET<br>HACKENSACK NJ 07601-8100 | UNITED STATES ATTORNEY GENERAL<br>ATTN: ATTORNEY GENERAL<br>US DEPT OF JUSTICE BEN FRANKLIN STATION<br>P.O. BOX 683<br>WASHINGTON, DC 20044 |
| UNITED STATES ATTORNEY<br>PETER RODINO FEDERAL BUILDING<br>970 BROAD STREET, SUITE 700<br>NEWARK, NEW JERSEY 07102 | NEW JERSEY ATTORNEY GENERAL OFFICE<br>DIVISION OF LAW<br>RICHARD J. HUGHES JUSTICE COMPLEX<br>25 MARKET STREET, P.O. BOX 112<br>TRENTON, NJ 08625-0112 | |