Form ntcrics − ntcreincsv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  25−21642−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jeffrey Brian Scott Jr
   50 Jefferson Trail
   Hopatcong, NJ 07843

Social Security No.:
   xxx−xx−6131

Employer's Tax I.D. No.:

## NOTICE OF ENTRY OF ORDER VACATING DISMISSAL OF CASE

    Notice is hereby given that an order vacating dismissal of this case was entered on 5/29/26. The order may create new deadlines for filing of proofs of claim, complaints, and objections to exemptions, and may contain a new date for the hearing on confirmation of the Plan if this is a chapter 13 case.

    The order may be viewed at any District of New Jersey Bankruptcy Court Clerk's office, and is available for download at www.pacer.uscourts.gov.

Dated: June 1, 2026
JAN: gml

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 25-21642-VFP

Jeffrey Brian Scott, Jr                                                          Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                                Page 1 of 3

Date Rcvd: Jun 01, 2026                       Form ID: ntcrics                           Total Noticed: 44

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeffrey Brian Scott, Jr, 50 Jefferson Trail, Hopatcong, NJ 07843-1281 |
| 520868752 | + | ABOUND FEDERAL CREDIT, 3939 S DIXIE BLVD, RADCLIFF, KY 40160-5113 |
| 520868756 | | Bankruptcy Reporting Contact, New Jersey DFD/OCSS, Trenton, NJ 08625 |
| 520868761 | + | CURRENT/CRB, 400 KELBY ST, FORT LEE, NJ 07024-2943 |
| 520868762 | + | Destiny Lampley, 1296 Teaneck Rd, Teaneck, NJ 07666-4925 |
| 520868764 | | Eunice Miguel, 1214 North Olden Ave, Trenton, NJ 08638 |
| 520868768 | | Office of Child Support, Department of Human Svcs, Trenton, NJ 08625 |
| 520912220 | + | Russo Petrullo Law Group, 79 Main Street, Hackensack NJ 07601-8100 |
| 520868772 | + | Secretary of Housing and Urban Development, 451 7th Street SW, Washington, DC 20410-0002 |
| 520871886 | + | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278-0004 |
| 520868776 | | Uprova Credit, LLC, 635 East Hwy 20, V, Upper Lake, CA 95485 |
| 520868777 | + | Wanda Kopic, 18 Bauer Ct, Wallington, NJ 07057-1741 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 01 2026 21:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 01 2026 21:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 01 2026 22:03:07 | AIS Portfolio Services, LLC, Attn: Capital One Auto Finance, a divisi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520868753 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jun 01 2026 22:03:22 | AFFIRM INC, 650 CALIFORNIA ST FL 12, San Francisco, CA 94108-2716 |
| 520868754 | + | Email/Text: jvalencia@amhfcu.org | Jun 01 2026 21:51:00 | AMERICAN HERITAGE FCU, 2060 RED LION RD, PHILADELPHIA, PA 19115-1699 |
| 520868755 | + | Email/Text: bk@avant.com | Jun 01 2026 21:52:00 | AVANT INC, 222 W MERCHANDISE MART P, CHICAGO, IL 60654-1105 |
| 520893273 | + | Email/Text: bankruptcy@aboundcu.com | Jun 01 2026 21:52:00 | Abound Federal Credit Union, PO Box 900, Radcliff, KY 40159-0900 |
| 520904744 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 01 2026 22:03:08 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520924296 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 01 2026 21:50:00 | Citizens Bank N.A., One Citizens Bank Way, Johnston, RI 02919, Mailstop JCA 115 |
| 520868757 | ^ | MEBN | Jun 01 2026 21:50:16 | CITIZENS PAY CREDIT LI, 1 CITIZENS BANK WAY, JOHNSTON, RI 02919-1922 |
| 520868758 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jun 01 2026 21:52:00 | CREDIT CONTROL SERVICE, 725 CANTON |

District/off: 0312-2                          User: admin                                    Page 2 of 3

Date Rcvd: Jun 01, 2026                       Form ID: ntcrics                              Total Noticed: 44

| | | | |
|---|---|---|---|
| | | | ST, NORWOOD, MA 02062-2679 |
| 520868759 | + Email/PDF: creditonebknotifications@resurgent.com | Jun 01 2026 22:03:05 | CREDIT ONE BANK, Attn: Bankruptcy, PO BOX 98872, Las Vegas, NV 89193-8872 |
| 520868760 | + Email/Text: bankruptcynotices@current.com | Jun 01 2026 21:51:00 | CURRENT, 217 CENTRE ST, NEW YORK, NY 10013-3624 |
| 520871629 | + Email/PDF: acg.acg.ebn@aisinfo.com | Jun 01 2026 22:03:06 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520868763 | + Email/Text: mrdiscen@discover.com | Jun 01 2026 21:50:00 | DISCOVER CARD, PO BOX 30939, SALT LAKE CITY, UT 84130-0939 |
| 520868766 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 01 2026 21:51:00 | IRS, Attn: Centralized Insolvency, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520868769 | + Email/PDF: cbp@omf.com | Jun 01 2026 22:03:26 | ONEMAIN, PO BOX 1010, EVANSVILLE, IN 47706-1010 |
| 520905617 | + Email/PDF: cbp@omf.com | Jun 01 2026 22:03:13 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 520868770 | + Email/Text: BKMAIL@planethomelending.com | Jun 01 2026 21:51:00 | PLANET HOME LENDING, L, 321 RESEARCH PKWY STE 30, MERIDEN, CT 06450-8301 |
| 520920513 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 01 2026 22:03:07 | Portfolio Recovery Associates, LLC, c/o Credit Asset Sales LLC, POB 41067, Norfolk VA 23541 |
| 520941219 | + Email/Text: BKMAIL@planethomelending.com | Jun 01 2026 21:51:00 | Planet Home Lending, LLC, 321 Research Pkwy #303, Meriden, CT 06450-8342 |
| 520868771 | + Email/Text: bk@roadrunnerfinancial.com | Jun 01 2026 21:50:00 | ROADRUNNER ACCOUNT SER, PO BOX 167888, IRVING, TX 75016-7888 |
| 520937560 | + Email/Text: bk@roadrunnerfinancial.com | Jun 01 2026 21:50:00 | Roadrunner Financial, Inc., P.O. Box 6506, Carol Stream, IL 60197-6506 |
| 520868773 | Email/Text: EBN@seliplaw.com | Jun 01 2026 21:51:00 | Selip & Stylianou LLP, PO Box 914, Paramus, NJ 07653 |
| 520868767 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jun 01 2026 21:50:00 | New Jersey Division of Taxation, Bankruptcy Unit, 3 John Fitch Way Fl. 5, Trenton, NJ 08695-0245 |
| 520868774 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jun 01 2026 21:50:00 | State of NJ - Division of Taxation, Attn: Bankruptcy Unit, PO Box 245, Trenton, NJ 08695-0245 |
| 520868775 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jun 01 2026 22:03:26 | SYNCB/AMAZON PLCC, PO BOX 71727, PHILADELPHIA, PA 19176-1727 |
| 520939093 | + Email/PDF: ebn_ais@aisinfo.com | Jun 01 2026 22:03:08 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520876079 | + Email/PDF: ebn_ais@aisinfo.com | Jun 01 2026 22:03:21 | T Mobile/T-Mobile USA Inc, by AIS Infosource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520868778 | + Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | Jun 01 2026 22:03:05 | WELLS FARGO CARD SER, PO BOX 393, MINNEAPOLIS, MN 55480-0393 |
| 520922523 | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Jun 01 2026 22:03:18 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 520928768 | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Jun 01 2026 22:03:30 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 32

District/off: 0312-2                         User: admin                                    Page 3 of 3
Date Rcvd: Jun 01, 2026                      Form ID: ntcrics                              Total Noticed: 44

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520868765 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Cameron Deane | on behalf of Creditor American Heritage Federal Credit Union cdeane@weltman.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor PLANET HOME LENDING  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Scott J. Goldstein | on behalf of Debtor Jeffrey Brian Scott  Jr scott@wg-attorneys.com, LawOfficesofScottJGoldsteinLLC@jubileebk.net;dontas@wg-attorneys.com;nyrva@wg-attorneys.com;services@infotrack.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5