**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg MAG-1284**
**Chapter 13 Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**

IN RE:

  JEFFREY BRIAN SCOTT, JR

**Order Filed on June 22, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

**Case No.:  25-21642VFP**

**Hearing Date:  6/18/2026**

**Judge:  VINCENT F. PAPALIA**

**INTERIM ORDER ON CONFIRMATION HEARING**

The relief set forth on the following pages, numbered two (2)  is hereby ORDERED.

**DATED: June 22, 2026**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

Case No.:  25-21642VFP

Caption of Order:      INTERIM ORDER ON CONFIRMATION HEARING

THIS MATTER having been scheduled before the Court on 06/18/2026 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor must make a payment of $3,170.00 to the Trustee by 6/30/2026 and said payment must be received and posted by the Trustee by 6/30/2026 or the case will be dismissed without further hearing or notice to debtor(s) and debtor's attorney; and it is further
- ORDERED, that if satisfied, the Confirmation Hearing will be adjourned to 7/16/2026 at 9:45 AM.