UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Offices of Wenarsky and Goldstein, LLC
410 State Route 10 West
Suite 214
Ledgewood, NJ 07852
Tel:  (973) 927-5100
Fax:(973) 927-5252
Scott@wg-attorneys.com

Scott J. Goldstein (016472004)

**Order Filed on July 30, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:

Jeffrey Brian Scott, Jr.,

Debtor

Case No. _____25-21642_____
Adv. No: _____
Chapter: _____13_____
Hearing Date: _____
Judge:  Vincent F. Papalia_____

### ORDER GRANTING COMPENSATION IN A CHAPTER 13 CASE

The relief set forth on the following page is **ORDERED**

**DATED: July 30, 2026**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

The applicant having certified that legal work performed for Chapter 13 services has been rendered (ECF No.

_____), and no objections having been raised, it is:

**ORDERED** that Scott J. Goldstein, the applicant, is allowed a fee of  $8,052.00  for services rendered and

expenses in the amount of  $584.15  for a total of  $8,636.15 .  The allowance is payable:

&boxtimes;        Through the Chapter 13 Plan as an administrative priority.

- $8,636.15  less retainer of  $2,500.00  equals:  $6,136.15 

  &boxtimes;        The Chapter 13 Plan payments will change.

  - Current Plan payments are:  $1,450.00  for  60  months (8320.00 paid to date)

    - Beginning  8/1/26 , Plan payments will increase to  $1,518.00  for 51  months.

  □  The Chapter 13 Plan payments will not change.

□        Outside of the Chapter 13 Plan

**ORDERED** that should this case terminate due to Dismissal, or for any reason other than conversion,

Marie-Ann Greenberg, Ch 13 Standing Trustee, Chapter 13 Trustee, shall pay this amount to the Movant before

releasing any monies to the Debtor.