UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Offices of Wenarsky and Goldstein, LLC
410 State Route 10 West
Suite 214
Ledgewood, NJ 07852
Tel:  (973) 927-5100
Fax:(973) 927-5252
Scott@wg-attorneys.com

Scott J. Goldstein (016472004)

Order Filed on July 30, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

Jeffrey Brian Scott, Jr.,

Debtor

Case No. _____25-21642_____
Adv. No: _____
Chapter: _____13_____
Hearing Date: _____
Judge: _Vincent F. Papalia_____

### ORDER GRANTING COMPENSATION IN A CHAPTER 13 CASE

The relief set forth on the following page is **ORDERED**

**DATED: July 30, 2026**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

The applicant having certified that legal work performed for Chapter 13 services has been rendered (ECF No.

_____), and no objections having been raised, it is:


**ORDERED** that Scott J. Goldstein, the applicant, is allowed a fee of  $8,052.00  for services rendered and

expenses in the amount of  $584.15  for a total of  $8,636.15 .  The allowance is payable:

⊠        Through the Chapter 13 Plan as an administrative priority.

- $8,636.15  less retainer of  $2,500.00  equals:  $6,136.15 

⊠        The Chapter 13 Plan payments will change.

- Current Plan payments are:  $1,450.00  for  60  months (8320.00 paid to date)

- Beginning  8/1/26 , Plan payments will increase to  $1,518.00  for 51  months.

☐ The Chapter 13 Plan payments will not change.

☐        Outside of the Chapter 13 Plan


**ORDERED** that should this case terminate due to Dismissal, or for any reason other than conversion,

Marie-Ann Greenberg, Ch 13 Standing Trustee, Chapter 13 Trustee, shall pay this amount to the Movant before

releasing any monies to the Debtor.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                      Case No. 25-21642-VFP

Jeffrey Brian Scott, Jr                                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jul 30, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jeffrey Brian Scott, Jr, 50 Jefferson Trail, Hopatcong, NJ 07843-1281 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2026                                      Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Cameron Deane | on behalf of Creditor American Heritage Federal Credit Union cdeane@weltman.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor PLANET HOME LENDING  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Scott J. Goldstein | on behalf of Debtor Jeffrey Brian Scott  Jr scott@wg-attorneys.com, LawOfficesofScottJGoldsteinLLC@jubileebk.net;dontas@wg-attorneys.com;nyrva@wg-attorneys.com;services@infotrack.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5