**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ 07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

JEFFREY BRIAN SCOTT, JR

**Case No.: 25-21642**

**Adv. No.:**

**Hearing Date:**

**Judge: VFP**

**CERTIFICATION OF SERVICE**

1. I, Keith Guarneri, am a paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 08/27/2026, I sent a copy of the following pleadings and/or documents to the parties listed below:

**Certification of Default**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
JEFFREY BRIAN SCOTT, JR
50 JEFFERSON TRAIL
HOPATCONG, NJ 07843
Mode of Service: Regular Mail

Attorney for Debtor(s):
SCOTT J. GOLDSTEIN
LAW OFFICES OF WENARSKY AND GOLDSTEIN, LLC
410 STATE ROUTE 10 WEST, SUITE 214
LEDGEWOOD, NJ 07852
Mode of Service: Notice of Electronic Filing (NEF)

Dated: August 27, 2026

By: /S/ Keith Guarneri
Keith Guarneri